**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LINDA HANEY, individually, as** | ) | |
| **Natural mother of decedent,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 15-03531-CV-S-RK** |
| | ) | |
| **LESTER ROBERT LANGSFORD,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before this Court is Defendant's Motion to Dismiss and/or Strike Certain Counts and Paragraphs of Plaintiff's Complaint or in the Alternative for a More Definite Statement of Pleading and supportive suggestions (Docs. 4, 5), Plaintiff's Suggestions in Opposition to Defendant's motion (Doc. 6), and Defendant's Reply Suggestions (Doc. 8).

In her Suggestions in Opposition to Defendant's Motion (Doc. 6), Plaintiff indicated she would like to amend her complaint. The Court construes Plaintiff's responsive briefing (Doc. 6) as a motion to amend her Complaint, which is GRANTED. Plaintiff has 21 days from the date of this Order to amend her complaint. The Defendant's Motion to Dismiss is therefore DENIED without prejudice.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 1, 2016