IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| LINDA HANEY, individually, as natural mother of decedent.<br><br>Plaintiff,<br><br>v.<br><br>LESTER ROBERT LANGSFORD,<br><br>Defendant. | )<br>)<br>) Case No. 6:15-cv-03531-RK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that *Defendant's First Interrogatories to Plaintiff* and *Defendant's First Request for Production of Documents* were mailed to the following on this 27th day of April, 2016.

Ms. Linda Haney
2370 Castilian Circle
Northbrook, IL 60062
Phone: 224-202-1893
Fax: 773-528-0013
E-mail: linda@dollypoor.com
**PRO SE PLAINTIFF**

                                              **BATY, HOLM, NUMRICH & OTTO, P.C.**

                                              By:*/s/Stephen H. Snead*
                                              STEPHEN H. SNEAD    MO#29623
                                              ANDREW J. DONELAN    MO#62850
                                              901 St. Louis Street, Suite 101
                                              Springfield, MO 65806
                                              Phone: 417-886-1683
                                              Fax: 417-319-2768
                                              E-mail: ssnead@batyholm.com
                                                            adonelan@batyholm.com
                                              **ATTORNEYS FOR DEFENDANT**
                                              **LESTER ROBERT LANGSFORD**